IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KHOR CHIN LIM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-552-bbc

SCOTT WALKER, JOHN J. McALARY,
DIANE F. BOSSE, BRYAN R. WILLIAMS,
ROBES S. McMILLEN, E. LEO MILONAS,
MICHAEL COLODNER, STAPLES, INC.,
RON SARGANT, CITY OF MILPITAS,
JOSE ESTEVES, MARK GRIFFITHS,
DREW WINTERS,
BOARD OF REGENTS OF UNIVERSITY OF
WISCONSIN SYSTEM,
GOH CHOK TONG, QUEST DIAGNOSTICS, INC.,
KENNETH W. FREEMAN, SURYA MOHAPATRA,
MARK KHOO, FRANK VAN ORDEN,
MITT ROMNEY, ED GALLARDO, LAURIE SMITH,
SARAH HOLIDAY, M. MILLER,
BAYMONT INNS AND SUITES,
BARBARA B. CRABB, FRANK EASTERBROOK,
WILLIAM BAUER, ANN WILLIAMS,
J.B. VAN HOLLEN, RONALD HACKER, AMIRE
SAM DIBAEI, YOK LAW, LLOYD SMITH LLC,
MATTHEW PALMER, LLOYD SMITH,
JOSE S. ESTEVES, JOHN REID and
CHARLES N. CLEVERT,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_Peter Oppeneer_                      8/10/2012

Peter Oppeneer, Clerk of Court            Date